Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com

Attorneys for Plaintiff,
*Carol Quinn*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CAROL QUINN,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP,<br><br>Defendant. | **Case No.:** 2:23-cv-01454-JAM-SCR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT RESURGENT CAPITAL SERVICES, LP** |

COME NOW Plaintiff Carol Quinn ("Plaintiff"), by and through undersigned counsel, and Defendant Resurgent Capital Services, LP ("Defendant"), by and through undersigned, and, being all of the parties in this action, jointly stipulate and agree pursuant to Rule 41(a) of the Federal Rules of Civil Procedure that this action, and each and every count and claim asserted therein, be dismissed with prejudice. Each party to bear their own fees and costs.

Dated: August 29, 2024

RESPECTFULLY SUBMITTED,

By: */s/ Ely Grinvald*
Ely Grinvald, Esq.
2355 Westwood Blvd., #562
Los Angeles, CA 90064
T: (213) 616-8172
E: grinvaldely@gmail.com
*Attorney for Plaintiff*
*Carol Quinn*


By: */s/ Ben Mohandesi*
Ben Mohandesi, Esq.
Yu Mohandesi, LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90017
T: (213) 377-5505
E: bmohandesi@yumollp.com
*Attorney for Defendant*
*Resurgent Capital Services, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Ely Grinvald*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

*/s/ Ely Grinvald*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL QUINN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP,<br><br>　　　　Defendant. | Case No.: 2:23-CV-01454-JAM-SCR<br><br>**ORDER DISMISSING CASE WITH PREJUDICE (ECF No. 16)** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice of Defendant Jefferson Capital Systems, LLC ("Defendant") and good cause appearing

**IT IS ORDERED** that the Stipulation is **GRANTED.**

The above-entitled matter is hereby **DISMISSED with prejudice** against Defendant. Each party is to bear its own costs.

The Clerk of Court is **DIRECTED** to close this case.

**IT IS ORDERED.**

Dated: September 09, 2024　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE